IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dawn Collins,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Kohl's Department Stores, Inc.,<br><br>　　　　　　　Defendant. | Civil Action No.: 2:16-cv-01363-LA |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 22, 2017

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Amy Cueller*

　　　　　　　　　　　　　　　　　　　　Amy L. Cueller, Esq. #15052-49
　　　　　　　　　　　　　　　　　　　　Lemberg Law, LLC
　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　Phone: (917) 981-0849
　　　　　　　　　　　　　　　　　　　　Fax:　 (203) 653-3424
　　　　　　　　　　　　　　　　　　　　E-Mail: acueller@lemberglaw.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Amy L. Cueller

Amy L. Cueller